In the Matter of the Claim of HELEN NESOFSKY et al., Respondents, against JACOB RAGOROTSKY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued May 20, 1937; decided June 8, 1937.

*Charles P. Barre* for appellant.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: CRANE, Ch. J.